JASON M. PECK, ESQ.
Nevada Bar No. 10183
MARION V. HAMILTON-THEVENET, ESQ.
Nevada Bar No. 10894
LAW OFFICES OF FOULGER & PECK
P.O. Box 7218
London, KY 40742
702-228-3176
866-221-6108 Fax
Eservice: LVcalendaring@libertymutual.com
Attorney for Defendant/Third-Party Plaintiff/Cross-Claimant
HIGHGATE HOTELS, L.P.

UNITED STATES DISTRICT COURT

FOR THE STATE OF NEVADA

| | |
|---|---|
| FATEMEH SURI DALIR,<br><br>   Plaintiff,<br><br>v.<br><br>OYO HOTELS INC. d/b/a OYO HOTEL & CASINO LAS VEGAS, a Foreign Corporation; PARAGON TROPICANA, INC. d/b/a OYO HOTEL & CASINO LAS VEGAS, a Nevada Corporation; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>   Defendants.<br>_____<br><br>HIGHGATE HOTELS, L.P., a Nevada Limited Partnership, a Nevada Limited Partnership<br><br>   Third-Party Plaintiff<br><br>vs.<br><br>SCHINDLER ELEVATOR CORPORATION, a New Jersey Corporation<br><br>   Third-Party Defendant<br>_____<br><br>HIGHGATE HOTELS, L.P., a Nevada Limited Partnership, a Nevada Limited Partnership<br><br>   Cross-claimant | Case No.: 2:24-cv-02349-RFB-MDC<br><br><br>**STIPULATION AND ORDER TO DISMISS HIGHGATE HOTELS, L.P.'S THIRD-PARTY COMPLAINT AND CROSSCLAIM WITHOUT PREJUDICE** |

vs.

SCHINDLER ELEVATOR CORPORATION, a New Jersey Corporation

    Cross-Defendant

## STIPULATION AND ORDER TO DISMISS HIGHGATE HOTELS, L.P.'S THIRD-PARTY COMPLAINT AND CROSSCLAIM WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through their counsel undersigned; that Defendant/Third-Party Plaintiff/Cross-Claimant Highgate Hotels, L.P.'s Third-Party Complaint and Crossclaim against Defendant Schindler Elevator Corporation be dismissed without prejudice and that an Order be entered accordingly, each party to bear their own attorneys' fees and costs.

Dated this 6th day of May 2025.

| | |
|---|---|
| LAW OFFICES OF FOULGER & PECK | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
| By /s/ MARION V. HAMILTON-THEVENET<br>JASON M. PECK, ESQ.<br>Nevada Bar No. 10183<br>MARION V. HAMILTON-THEVENET, ESQ.<br>Nevada Bar No. 10894<br>P.O. Box 7218<br>London, KY 40742<br>Attorney for Defendant/Third-Party Plaintiff/Cross-Claimant HIGHGATE HOTELS, L.P. | By /s/ HAYLEY LAMORTE<br>JAY J. SCHUTTERT, ESQ.<br>Nevada Bar No. 8656<br>HAYLEY LAMORTE, ESQ.<br>Nevada Bar No. 14241<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>Attorney for Defendant<br>SCHINDLER ELEVATOR CORPORATION |

**ORDER**

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant/Third-Party Plaintiff/Cross-Claimant Highgate Hotels, L.P.'s Third-Party Complaint and Crossclaim against Defendant Schindler Elevator Corporation be dismissed without prejudice, all parties to bear their own attorneys' fees and costs.

DATED: this 13th day of May 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

Submitted by:
LAW OFFICES OF FOULGER & PECK

By /s/ MARION V. HAMILTON-THEVENET
JASON M. PECK, ESQ.
Nevada Bar No. 10183
MARION V. HAMILTON-THEVENET, ESQ.
Nevada Bar No. 10894
P.O. Box 7218
London, KY 40742
Attorney for Defendant/Third-Party Plaintiff/Cross-Claimant
HIGHGATE HOTELS, L.P