```
JASON M. PECK, ESQ.
Nevada Bar No. 10183
MARION V. HAMILTON-THEVENET, ESQ.
Nevada Bar No. 10894
LAW OFFICES OF FOULGER & PECK
Mailing Address: P.O. Box 7218
London, KY 40742
Physical Address: 7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
702-228-3176
866-221-6108 Fax
Email: LVcalendaring@LibertyMutual.com
Attorney for Defendant
HIGHGATE HOTELS, LP
```

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| FATEMEH SURI DALIR, | Case No.: 2:24-cv-02349-RFB-MDC |
| Plaintiff, | |
| v. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| HIGHGATE HOTELS, L.P., a Nevada Limited Partnership, a Nevada Limited Partnership; SCHINDLER ELEVATOR CORPORATION; DOES I-X, and ROE ENTITIES I-X, inclusive, | |
| Defendants. | |
| HIGHGATE HOTELS, L.P., a Nevada Limited Partnership, a Nevada Limited Partnership | |
| Third-Party Plaintiff | |
| vs. | |
| SCHINDLER ELEVATOR CORPORATION, a New Jersey Corporation | |
| Third-Party Defendant | |
| HIGHGATE HOTELS, L.P., a Nevada Limited Partnership, a Nevada Limited Partnership | |
| Cross-claimant | |
| vs. | |

1

SCHINDLER ELEVATOR CORPORATION, a New Jersey Corporation

    Cross-Defendant

Notice is hereby given that, subject to approval by the court, HIGHGATE HOTELS, L.P. substitutes HAYLEY LAMORTE, ESQ., Nevada Bar No. 14241, and JAY J. SCHUTTERT, ESQ. Nevada Bar No. 8656 as counsel of record in place of Marion V. Hamilton-Thevenet, Esq. and Jason M. Peck, Esq. of the Law Offices of Foulger & Peck.

The contact information for new counsel is as follows:
Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway Suite 300
Las Vegas, NV 89119
Phone (702) 805-0290 and Fax: (702) 805-0291

<u>CONSENT TO SUBSTITUTION</u>

Defendant HIGHGATE HOTELS, L.P. hereby consents to the above substitution of counsel.

DATED: this 30th day of April, 2025

_____
HIGHGATE HOTELS, LP

The undersigned attorney hereby consents to the above substitution of counsel for HIGHGATE HOTELS, LP in the above-entitled action.

DATED this 6th day of May, 2025

LAW OFFICES OF FOULGER & PECK

By /s/ Marion Hamilton-Thevenet
_____
JASON M. PECK, ESQ.
NEVADA BAR NO. 10183
MARION V. HAMILTON-THEVENET, ESQ.
NEVADA BAR NO. 10894
P.O. BOX 7218
LONDON, KY 40742

Jay J. Schuttert, Esq. and Hayley LaMorte, Esq. of EVANS FEARS SCHUTTERT MCNULTY MICKUS, hereby accepts the substitution as attorneys of record for HIGHGATE HOTELS, LP in the above-entitled action.

DATED this 6th day of May, 2025

                                                      **EVANS FEARS SCHUTTERT MCNULTY MICKUS**
                                                      /s/ Hayley LaMorte

JAY J. SCHUTTERT, ESQ.
Nevada Bar No. 8656
HAYLEY LAMORTE, ESQ.
Nevada Bar No. 14241
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

## ORDER

The substitution of attorney is hereby approved and so Ordered.

Date: 5/27/2025

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge