Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
sarakawa@efsmmlaw.com
bmarshall@efsmmlaw.com

*Attorneys for Defendants Schindler Elevator Corporation
and Highgate Hotels, L.P.*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| FATEMEH SURI DALIR,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHGATE HOTELS, L.P., a Nevada Limited Partnership; SCHINDLER ELEVATOR CORPORATION; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:24−cv−02349−RFB−MDC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(THIRD REQUEST)** |

IT IS STIPULATED AND AGREED, by and between Plaintiff Fatemeh Suri Dalir, by and through her attorneys of record, Jared P. Anderson, Esq., of Injury Lawyers of Nevada, and Defendants Highgate Hotels, L.P. ("Highgate") and Schindler Elevator Corporation ("Schindler"), by and through their attorneys of record, Jay J. Schuttert, Esq. of Evans Fears Schuttert McNulty Mickus, that the case management deadlines in the Joint Stipulation and Order to Extend Discovery Deadlines [ECF NO. 27] be extended by 45 days as follows:

## I. **DISCOVERY COMPLETED TO DATE**

- The parties participated in the Fed. R. Civ. P. 26(f) conference on January 22, 2025.

- Schindler produced its Initial Fed. R. Civ. P. 26(a) Disclosures on February 12, 2025.

- Schindler served Interrogatories and Requests for Production of Documents to Plaintiff on February 25, 2025.

- Schindler produced its 1st Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on February 28, 2025.

- Highgate produced its Initial Fed. R. Civ. P. 26(a) Disclosures on March 3, 2025.

- Schindler produced its 2nd Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures March 7, 2025.

- Plaintiff produced her Initial Fed. R. Civ. P. 26(a) Disclosures on April 8, 2025.

- Plaintiff served her responses to Schindler's 1st Set of Interrogatories and Requests for Production of Documents on April 10, 2025.

- Highgate produced its 1st Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on April 22, 2025.

- Schindler produced its 3rd Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on June 23, 2025.

- Schindler produced its 4th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on July 21, 2025.

- The deposition of Plaintiff Fatemeh Suri Dalir was taken on July 23, 2025.

- Schindler produced its 5th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on August 7, 2025.

- Schindler produced its 6th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on August 8, 2025.

- Plaintiff produced her Initial Expert Disclosures on August 15, 2025.

- The deposition of Plaintiff's son Allen Shields was taken on September 4, 2025.

- The deposition of Plaintiff's husband Hedayat Izadpanah was taken on September 4, 2025.

- Schindler produced its 7th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on September 17, 2025.

- Plaintiff produced her 1st Supplement to her Initial Fed. R. Civ. P. 26(a) Disclosures on September 24, 2025.

- Schindler served its 2nd Set of Interrogatories and Requests for Production of Documents to Plaintiff on September 24, 2025.

- Schindler produced its 8th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on October 3, 2025.

- Defendants produced their Initial Expert Disclosures on October 14, 2025.

- Plaintiff served her responses to Schindler's 2nd Set of Interrogatories and Requests for Production of Documents on October 21, 2025.

## II.     **DISCOVERY TO BE COMPLETED**

Plaintiff and Defendants respectfully request a 45-day extension of the February 13, 2026 discovery cut off date and March 13, 2026 dispositive motion deadline to complete the following expert depositions:

- The deposition of Plaintiff's treater, Dr. Robert Gazmarian, which was set for January 23, 2026 but is to be rescheduled for a later date;

- The deposition of Plaintiff's treater, Dr. Theodore B. Shybut, which is set for January 28, 2026;

- The deposition of Plaintiff's treater Dr. Bruce E. Fishman, which is set for January 29, 2026;

- The deposition of Plaintiff's damages expert, Dr. Stewart R. Curtis, which is set for February 5, 2026;

- The deposition of Plaintiff's out-of-state liability expert, Joseph Stabler, which has not yet been scheduled but will likely be set for late February 2026, after the current discovery cut off date.  Plaintiff's counsel represented that Mr. Stabler has multiple trial conflicts, which are prohibiting him from committing to a date certain at this time.

/ / /

III.    **REASONS DISCOVERY WAS NOT COMPLETED AND GOOD CAUSE FOR A DISCOVERY EXTENSION**

Good cause exists to extend discovery deadlines if they "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). The parties have been working diligently to complete discovery in this case, including setting four expert depositions before the current discovery cut off. However, despite the parties' best efforts, additional time is needed to complete discovery so that Defendants can depose Mr. Stabler. Plaintiff's counsel has represented that Mr. Stabler is awaiting status updates on multiple trials that he has previously committed to and thus cannot commit to a date certain at this time but that Mr. Stabler will likely be available in late February 2026.

Given Mr. Stabler's scheduling conflicts, the parties therefore agree to a proposed extension of the current February 13, 2026 close of discovery and the March 13, 2026 dispositive motion deadline by 45 days each. The parties additionally agree to extend the pretrial order deadline to accommodate the proposed new discovery cut off and dispositive motion deadlines. Counsel for the parties have been diligently working together to prepare this stipulation and obtain an extension of these case management deadlines. Accordingly, no party is prejudiced by the additional time necessary to conduct the remaining discovery. The foregoing circumstances constitute good cause to extend the discovery cut off date and dispositive motion deadline, and the parties jointly and in good faith request this Court enter an Order extending the scheduling deadlines in accordance with their stipulation. There is no trial date set in this case.

IV.    **PROPOSED REVISED DISCOVERY PLAN**

The parties hereby stipulate and propose the following amendments to the current scheduling deadlines:

|  | Old Deadline | New Deadline |
| --- | --- | --- |
| Final date to amend pleadings or add parties: | September 15, 2025 | NO CHANGE |
| Plaintiff's initial expert disclosures: | October 14, 2025 | NO CHANGE |
| Defendants' initial expert disclosures: | October 14, 2025 | NO CHANGE |

- 4 -

| | | |
|---|---|---|
| Rebuttal expert disclosures: | November 14, 2025 | NO CHANGE |
| Discovery cut off: | February 3, 2026 | **March 20, 2026** |
| Dispositive motions: | March 13, 2026 | **April 27, 2026** |
| Pre-Trial Order: | April 14, 2026 | **May 29, 2026** |

No trial date has been set.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

Dated: January 23, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jay J. Schuttert*
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendants Schindler Elevator Corporation and Highgate Hotels, L.P.*

**INJURY LAWYERS OF NEVADA**

*/s/ Jared B. Anderson*
David J. Churchill, Esq. (SBN 7308)
Jared B. Anderson, Esq. (SBN 9747)
4001 Meadows Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

*FATEMEH SURI DALIR, v. HIGHGATE HOTELS, L.P. et al.*
*Case No.  2:24−cv−02349−RFB−MDC*
*JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES*
*(THIRD REQUEST)*

## ORDER

**IT IS SO ORDERED.**  Based upon the foregoing stipulation, the 60-day extension to discovery deadlines are granted as follows:

|  | Old Deadline | New Deadline |
|---|---|---|
| Final date to amend pleadings or add parties: | September 15, 2025 | NO CHANGE |
| Plaintiff's initial expert disclosures: | October 14, 2025 | NO CHANGE |
| Defendants' initial expert disclosures: | October 14, 2025 | NO CHANGE |
| Rebuttal expert disclosures: | November 14, 2025 | NO CHANGE |
| Discovery cut off: | February 3, 2026 | **March 20, 2026** |
| Dispositive motions: | March 13, 2026 | **April 27, 2026** |
| Pre-Trial Order: | April 14, 2026 | **May 29, 2026** |

No trial date has been set.

Respectfully submitted by:

**EVANS FEARS SCHUTTERT**
**MCNULTY MICKUS**

*/s/ Brennen D Marshall*

Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendants Schindler*
*Elevator Corporation and Highgate*
*Hotels, L.P.*

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: January 26, 2026

- 6 -