Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
jschuttert@efsmmlaw.com
sarakawa@efsmmlaw.com
bmarshall@efsmmlaw.com

*Attorneys for Defendants Schindler Elevator Corporation*
*and Highgate Hotels, L.P.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| FATEMEH SURI DALIR,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHGATE HOTELS, L.P., a Nevada Limited Partnership; SCHINDLER ELEVATOR CORPORATION; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No.  2:24−cv−02349−RFB−MDC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FOURTH REQUEST)** |

IT IS STIPULATED AND AGREED, by and between Plaintiff Fatemeh Suri Dalir, by and through her attorneys of record, Jared P. Anderson, Esq., of Injury Lawyers of Nevada, and Defendants Highgate Hotels, L.P. ("Highgate") and Schindler Elevator Corporation ("Schindler"), by and through their attorneys of record, Jay J. Schuttert, Esq. of Evans Fears Schuttert McNulty Mickus, that the discovery cut off and dispositive motion deadlines in the Joint Stipulation and Order to Extend Discovery Deadlines [ECF NO. 29] be extended by 30 days for the limited purpose of taking the deposition of Plaintiff's liability expert, Joseph Stabler.  Since the Court's last discovery extension, the parties have been working diligently to complete the deposition of Joseph Stabler, plaintiff's liability expert witness.  Due to numerous conflicts in his schedule, the earliest

*Evans Fears Schuttert McNulty Mickus*
*6720 Via Austi Parkway, Suite 300*
*Las Vegas, NV 89119*

date that this deposition can be conducted is April 8, 2026.  This date has been reserved and the parties are requesting an extension of the discovery schedule in order to complete this deposition as follows:

**I.      DISCOVERY COMPLETED TO DATE**

- The parties participated in the Fed. R. Civ. P. 26(f) conference on January 22, 2025.
- Schindler produced its Initial Fed. R. Civ. P. 26(a) Disclosures on February 12, 2025.
- Schindler served Interrogatories and Requests for Production of Documents to Plaintiff on February 25, 2025.
- Schindler produced its 1st Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on February 28, 2025.
- Highgate produced its Initial Fed. R. Civ. P. 26(a) Disclosures on March 3, 2025.
- Schindler produced its 2nd Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures March 7, 2025.
- Plaintiff produced her Initial Fed. R. Civ. P. 26(a) Disclosures on April 8, 2025.
- Plaintiff served her responses to Schindler's 1st Set of Interrogatories and Requests for Production of Documents on April 10, 2025.
- Highgate produced its 1st Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on April 22, 2025.
- Schindler produced its 3rd Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on June 23, 2025.
- Schindler produced its 4th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on July 21, 2025.
- The deposition of Plaintiff Fatemeh Suri Dalir was taken on July 23, 2025.
- Schindler produced its 5th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on August 7, 2025.
- Schindler produced its 6th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on August 8, 2025.
- Plaintiff produced her Initial Expert Disclosures on August 15, 2025.

- The deposition of Plaintiff's son Allen Shields was taken on September 4, 2025.

- The deposition of Plaintiff's husband Hedayat Izadpanah was taken on September 4, 2025.

- Schindler produced its 7th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on September 17, 2025.

- Plaintiff produced her 1st Supplement to her Initial Fed. R. Civ. P. 26(a) Disclosures on September 24, 2025.

- Schindler served its 2nd Set of Interrogatories and Requests for Production of Documents to Plaintiff on September 24, 2025.

- Schindler produced its 8th Supplement to its Initial Fed. R. Civ. P. 26(a) Disclosures on October 3, 2025.

- Defendants produced their Initial Expert Disclosures on October 14, 2025.

- Plaintiff served her responses to Schindler's 2nd Set of Interrogatories and Requests for Production of Documents on October 21, 2025.

- The deposition of Plaintiff's damages expert, Dr. Stewart R. Curtis, took place on February 5, 2026.

## II.    DISCOVERY TO BE COMPLETED

Plaintiff and Defendants respectfully request a 30-day extension of the March 20, 2026 discovery cut off date and April 27, 2026 dispositive motion deadline to complete the deposition of Plaintiff's out-of-state liability expert, Joseph Stabler, which is scheduled for April 8, 2026.

## III.    REASONS DISCOVERY WAS NOT COMPLETED AND GOOD CAUSE FOR A DISCOVERY EXTENSION

Good cause exists to extend discovery deadlines if they "cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992).  The parties have been working diligently to complete discovery in this case. However, despite the parties' best efforts, additional time is needed to complete discovery so that Defendants can depose Mr. Stabler.  Since the Court's last discovery extension, The parties have been working diligently to complete the deposition of Joseph Stabler, plaintiff's liability expert witness.  Due to numerous conflicts in his schedule, the earliest date that this deposition can be

conducted is April 8, 2026. This date has been reserved and the parties are requesting an extension of the discovery schedule in order to complete this deposition.

Given Mr. Stabler's prior scheduling conflicts have resulted in a deposition date past the current close of discovery, the parties therefore agree to a proposed extension of the current March 20, 2026 close of discovery and the April 27, 2026 dispositive motion deadline by 30 days each. The parties additionally agree to extend the pretrial order deadline to accommodate the proposed new discovery cut off and dispositive motion deadlines. Counsel for the parties have been diligently working together to prepare this stipulation and obtain an extension of these case management deadlines. Accordingly, no party is prejudiced by the additional time necessary to conduct the remaining discovery. The foregoing circumstances constitute good cause to extend the discovery cut off date and dispositive motion deadline, and the parties jointly and in good faith request this Court enter an Order extending the scheduling deadlines in accordance with their stipulation. There is no trial date set in this case.

## IV.   PROPOSED REVISED DISCOVERY PLAN

The parties hereby stipulate and propose the following amendments to the current scheduling deadlines:

| | Old Deadline | New Deadline |
|---|---|---|
| Final date to amend pleadings or add parties: | September 15, 2025 | NO CHANGE |
| Plaintiff's initial expert disclosures: | October 14, 2025 | NO CHANGE |
| Defendants' initial expert disclosures: | October 14, 2025 | NO CHANGE |
| Rebuttal expert disclosures: | November 14, 2025 | NO CHANGE |
| Discovery cut off: | March 20, 2026 | **April 20, 2026** |
| Dispositive motions: | April 27, 2026 | **May 27, 2026** |
| Pre-Trial Order: | May 29, 2026 | **July 13, 2026** |

No trial date has been set.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

Dated: March 11, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Brennen D Marshall*
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
*Attorneys for Defendants Schindler Elevator Corporation and Highgate Hotels, L.P.*

**INJURY LAWYERS OF NEVADA**

*/s/ Jared B. Anderson*
David J. Churchill, Esq. (SBN 7308)
Jared B. Anderson, Esq. (SBN 9747)
4001 Meadows Lane
Las Vegas, NV 89107
*Attorneys for Plaintiff*

*FATEMEH SURI DALIR, v. HIGHGATE HOTELS, L.P. et al.*
*Case No.  2:24−cv−02349−RFB−MDC*
*JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES*
*(FOURTH REQUEST)*

## ORDER

**IT IS SO ORDERED.**  Based upon the foregoing stipulation, the 30-day extension to discovery deadlines are granted as follows:

|  | **Old Deadline** | **New Deadline** |
| --- | --- | --- |
| Final date to amend pleadings or add parties: | September 15, 2025 | NO CHANGE |
| Plaintiff's initial expert disclosures: | October 14, 2025 | NO CHANGE |
| Defendants' initial expert disclosures: | October 14, 2025 | NO CHANGE |
| Rebuttal expert disclosures: | November 14, 2025 | NO CHANGE |
| Discovery cut off: | March 20, 2026 | **April 20, 2026** |
| Dispositive motions: | April 27, 2026 | **May 27, 2026** |
| Pre-Trial Order: | April 14, 2026 | **July 13, 2026** |

No trial date has been set.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:          DATED: __March 12, 2026_____

**EVANS FEARS SCHUTTERT**
**MCNULTY MICKUS**

*/s/ Brennen D Marshall*_____
Jay J. Schuttert, Esq. (SBN 8656)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
Brennen D Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendants Schindler*
*Elevator Corporation and Highgate*
*Hotels, L.P.*

- 6 -